*E-FILED: August 31, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARSHALL T. GLEASON III, | No. C12-03598 HRL |
| Plaintiff, | **ORDER VACATING MOTION HEARING** |
| v. | |
| WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE; WELLS FARGO BANK, N.A; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR4 TRUST; HSBC BANK USA, N.A.; WELLS FARGO HOME MORTGAGE; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; and DOES 1 to 20, Inclusive, | |
| Defendants. | |

Defendant's motion to dismiss (Docket No. 4) is deemed suitable for determination on the papers without oral argument, and the September 11, 2012 hearing is vacated. Civ. L.R. 7-1(b). SO ORDERED.

Dated: August 31, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1    5:12-cv-03598-HRL Notice has been electronically mailed to:

2    Jeremy E Shulman    jshulman@afrct.com, afrctecf@afrct.com, cgoodwin@afrct.com,
     coldham@afrct.com, dpandy@afrct.com, mbetti@afrct.com, npeters@afrct.com,
3    vngo@afrct.com

5    5:12-cv-03598-HRL Notice sent by U.S. Mail to:

6    Marshall T. Gleason III
     P.O. Box 609
7    Ridgefield, WA 98642-0609