*E-FILED: September 11, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARSHALL T. GLEASON III,<br><br>    Plaintiff,<br><br>  v.<br><br>WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE; WELLS FARGO BANK, N.A; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR4 TRUST; HSBC BANK USA, N.A.; WELLS FARGO HOME MORTGAGE; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; and DOES 1 to 20, Inclusive,<br><br>    Defendants. | No. C12-03568 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff has moved for a temporary restraining order. Because plaintiff requests immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED

THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.[1]

Dated: September 11, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Unless the newly assigned District Judge feels differently, this court will prepare a report and recommendation on the submitted motion to dismiss previously filed by defendant Wells Fargo Bank, N.A.

2

1  5:12-cv-03598-HRL Notice has been electronically mailed to:

2  Jeremy E Shulman     jshulman@afrct.com, afrctecf@afrct.com, cgoodwin@afrct.com,
   coldham@afrct.com, dpandy@afrct.com, mbetti@afrct.com, npeters@afrct.com,
3  vngo@afrct.com

5  5:12-cv-03598-HRL Notice sent by U.S. Mail to:

6  Marshall T. Gleason III
   P.O. Box 609
7  Ridgefield, WA 98642-0609