IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARSHALL T. GLEASON III,<br><br>    Plaintiff,<br><br>   v.<br><br>WORLD SAVINGS BANK, FSB, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 12-03598 RS<br><br>**ADMINISTRATIVE ORDER RE:** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

In this recently filed mortgage foreclosure-related action, plaintiff Marshall T. Gleason III applies, on an *ex parte* basis, for a temporary restraining order (TRO), or in the alternative, an order to show cause why a preliminary injunction should not issue. Specifically, Gleason requests a restraining order against defendants enjoining them from proceeding with a foreclosure sale, or otherwise transferring ownership or encumbering the property at issue, 7398 Via Cantares in San Jose, California. Because plaintiff's application does not represent that the threatened foreclosure sale is imminent, and Wells Fargo Bank, N.A. is the only defendant to make an appearance since this action was filed, <u>plaintiff is directed to serve the complaint and *ex parte* application on the remaining defendants by 12 p.m. on Friday, September 14, 2012.  Defendants may, if they so elect, file an opposition brief of up to five typed pages (excluding exhibits and supporting materials) by 12 p.m. on Monday, September 17, 2012.</u>  Absent further Court order, the request will then be adjudicated without a hearing, pursuant to N.D. Cal. Civil Local Rule 7-1(b).

IT IS SO ORDERED.

Dated: 9/13/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-03598 RS
ORDER