Entered on Docket
March 06, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy of the original document on file in my custody.
Dated 3-6-73
by [signature]
Deputy Clerk



Signed and Filed: March 5, 2013

[signature]
THOMAS E. CARLSON
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-32834 TEC |
| MARSHALL T. GLEASON, | Chapter 7 |
| Debtor. | |
| MARSHALL T. GLEASON, | Adv. Proc. No. 12-3152 TC |
| Plaintiff, | |
| vs. | |
| WORLD SAVINGS BANK, WACHOVIA MORTGAGE, WELLS FARGO BANK, N.A., WELLS FARGO ASSET SECURITIES CORPORATION, WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR4 TRUST, HSBC BANK USA, N.A., and WELLS FARGO HOME MORTGAGE, | |
| Defendants. | |

**ORDER RETURNING CASE TO DISTRICT COURT**

On February 8, 2013, the court held a hearing on: (1) its order to show cause why this action should not be returned to the District Court; and (2) Wells Fargo's Rule 12(b)(6) motion to dismiss. Katherine D. Ray appeared for the Trustee. Chanel L. Oldham appeared for Defendant Wells Fargo Bank. Gemma V. Reyes appeared for Debtor. Upon due consideration, and for the reasons

ORDER RETURNING CASE
TO DISTRICT COURT                     -1-

stated on the record at the hearing, the court hereby orders as follows:

(1) The above-captioned action is returned to the United States District Court for the Northern District of California, from which it was "removed" by the Trustee. (<u>Gleason v. World Sav. Bank</u>, N.D. Cal., Case No. CV-12-03598-JST). The bankruptcy court lacks subject-matter jurisdiction over the action, because the action is no longer "related-to" the bankruptcy case following Trustee's abandonment of the claims asserted in the action, the action is not one that either arises under federal bankruptcy law or arises in the bankruptcy case, and this court has not been granted federal-question or diversity jurisdiction.

(2) This court does not decide Wells Fargo's motion to dismiss, and leaves that motion to be decided by the United States District Court for the Northern District of California.

**\*\*END OF ORDER\*\***

ORDER RETURNING CASE
TO DISTRICT COURT                    -2-

## Court Service List

Marshall T. Gleason
621 Gloucester Lane
Foster City, CA 94404

Marshall T. Gleason
P.O. Box 609
Ridgefield, WA 98642

United States District Court
The Honorable Jon S. Tigar
450 Golden Gate Avenue
Courtroom 9 - 19th Floor
San Francisco, CA 94102

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: awong | Date Created: 3/6/2013 |
| Case: 12–03152 | Form ID: pdfeoapc | Total: 13 |

**Recipients of Notice of Electronic Filing:**
aty          Matthew J. Pero          mpero@afrct.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla   Marshall T. Gleason   621 Gloucester Lane   Foster City, CA 94404–3614
dft   World Savings Bank   4888 San Felipe Road   Suite 100   San Jose, CA 95135
dft   Wachovia Mortgage   301 South College Street   One Wachovia Center   Suite 4000   Charlotte, NC 28282–0013
dft   Wells Fargo Bank, N.A.   Attn: Micaela D. Hayes, et al.   3476 Stateview Blvd.   Fort Mill, SC 29715
dft   Wells Fargo Asset Securities Corporation   c/o 2710 Gateway Drive, #150N   Sacramento, CA 95883
dft   Wells Fargo Mortgage Backed Securities 2007–AR4 Trust   1021 Blossom Hill Road   San Jose, CA 95123
dft   HSBC BANK USA, N.A.   c/o CT Corporation System   818 West Seventh Street   Los Angeles, CA 90017
dft   Wells Fargo Home Mortgage   1021 Blossom Hill Road   San Jose, CA 95123
dft   Wells Fargo Bank, N.A.   4101 Wiseman Blvd.   T7416–023   San Antonio, TX 78251
ust   Office of the U.S. Trustee / SF   Office of the U.S. Trustee   235 Pine St   Suite 700   San Francisco, CA 94104 USA
      Marshall T. Gleason   P.O. Box 609   Ridgefield, WA 98642
      United States District Court   The Honorable Jon S. Tigar   450 Golden Gate Avenue   Courtroom 9 –19th Fl.   San Francisco, CA 94102

TOTAL: 12