UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARSHALL T GLEASON,

         Plaintiff,

    v.

WORLD SAVINGS BANK, FSB, et al.,

         Defendants.

Case No.  12-cv-03598-JST

**ORDER TO SHOW CAUSE FOR FAILURE TO AMEND COMPLAINT**

      Plaintiff in the above-entitled matter having failed to amend the Complaint by June 12, 2013, pursuant to this court's Order dismissing the Complaint with leave to amend, issued May 13, 2013, ECF No. 43, the court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      Plaintiff shall respond to this Order to Show Cause by June 26, 2013.  The hearing on this Order to Show Cause will be held July 11, 2013, at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California.  If Plaintiff fails to respond to this Order or appear at the hearing, the case shall be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**

Dated: June 17, 2013

_____
JON S. TIGAR
United States District Judge